In the Matter of the Claim for the Death of WILLIAM WATKINSON against HOTEL PENNSYLVANIA et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's Compensation Law — award for death of hotel employee found at bottom of elevator shaft — presumption that accident arose out of employment — constitutionality of statute providing for award to state treasurer in certain cases.*

*Watkinson* v. *Hotel Pennsylvania,* 195 App. Div. 624, affirmed.

(Argued April 21, 1921; decided May 13, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 10, 1921, which affirmed an award of the State Industrial Commission made under the Workmen's Compensation Law. The deceased, a bellboy in the employ of defendant hotel, was found dead at the bottom of one of its elevator shafts. There was no evidence as to how he met his death. The state industrial commission made an award for funeral expenses and payment to the state treasurer pursuant to the provisions of subdivisions 7 and 8 of section 15 of the Workmen's Compensation Law. Appellants contended that it was not shown that the claimant was injured by reason of an accident that arose out of his employment and that the statute directing payment to the state treasurer in certain cases was unconstitutional.

*E. C. Sherwood, William B. Davis* and *Benjamin C. Loder* for appellants.

*Charles D. Newton, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ. Not voting: HISCOCK, Ch. J.